Elizabeth M. McBride
McBRIDE LAW OFFICE
28 W. Indiana Ave
Spokane, WA 99205
(509) 838-0435

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

*In re:* )
Robin Michelle Ertter ) No. 17-03579-FPC13
) Notice and
) MOTION TO APPROVE
Debtors. ) LOAN MODIFICATION
_____ )

Notice

To: All creditors on the Master Mailing List

To: Chapter 13 Trustee and US Trustee

**Notice.** NOTICE IS HEREBY GIVEN that Elizabeth M. McBride of McBRIDE LAW OFFICE, attorney for the above-named entitled debtor, will after seventeen (17 ) days from the date that this Notice is mailed, execute an Affidavit of No Objections as to the Motion for Approval of Loan Modification, if none are made, and present an Order to the Court for signing. If any objections are filed, a hearing will be scheduled.

Motion

COMES NOW, Robin M. Ertter, through her attorney, Elizabeth M. McBride and moves the Court for an Order Approving the Loan Modification Agreement on the residential mortgage with Ditech Financial LLC, pursuant to LBR 4001-5c.

1. **Debtor.** The Debtor filed for Chapter 13 relief on December 13, 2017.

2. **Residential Property** 3. **Affected Mortgage.** The mortgage on the property is Ditech Financial LLC.

4. **Current Payment and Interest.** . The debtor's home is at 907 W Nora, Spokane, WA

MOTION FOR COURT APPROVAL
OF LOAN MODIFICATION -1

ELIZABETH M. MCBRIDE, P.S.
A Professional Service Corporation
28 West Indiana Avenue, Suite G
Spokane, Washington 99205
(509) 838-0435
Fax (509) 327-2810

99205. The tax assessed value used in the schedules to value the home was $105,000.00 for 2017 with the Spokane County Assessor. The legal description of the property is

> Lot 5 in Block 17 of Mountainview Addition, Accordng to Plat recorded in Volume A of Plats at page 36 in the County of Spokane, State of Washington.

Parcel No. 25124.2306

The current unpaid principal balance of the mortgage is $139,429.95. The current principal and interest payment is $754.87 at 4% interest. At the time of filing, the arrears were $14,994.75.

5. **Modified Payment and Interest.** The Loan Modification, would have a post Modification principal balance of $103,959.80 with the maturity date after 40 years. The post modification principal and interest payment would be as follows:

480 payments of $439.49 principal and interest for a total monthly payment (pre escrow recalculation) of $837.31 to be paid by the Chapter 13 Trustee commencing with the 6/1/2018 payment. The June 1, 2018 payment is a trial payment and the first of 3.

6. **Additional Mortgages.** There are no other mortgages on this property.

Wherefore the Debtor requests that the Court Approve the Loan Modification Agreement between Ditech Financial LLC and the Debtors.

Dated this 4th day of June, 2018.

Presented by :

_____
Elizabeth M. McBride, WSBA#16035
Attorney for Debtor

MOTION FOR COURT APPROVAL
OF LOAN MODIFICATION -2

ELIZABETH M. MCBRIDE, P.S.
A Professional Service Corporation
28 West Indiana Avenue, Suite G
Spokane, Washington 99205
(509) 838-0435
Fax (509) 327-2810